UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLVESTER GREGG,

                Plaintiff,

-v-

DISCOVER FINANCIAL SERVICES, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 8834 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of Plaintiff's notice of settlement (ECF No. 29), the settlement conference scheduled for Monday, May 24, 2021 at 2:00 pm is **CANCELLED**.

Dated:    New York, New York
            May 20, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**